IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE: JEFFREY SCOTT TORSRUD  CASE NO: 08-31470
BRENDA DIANNE TORSRUD

---

**TRANSMITTAL AND DEPOSIT OF
UNCLAIMED FUNDS**

Now into Court, comes E. Eugene Hastings, Standing Chapter 13 Trustee, who reports the following:

1.

That pursuant to Code Section 347(a) ninety days or more has passed since final distribution was made under 11 U.S.C. in certain cases, and pursuant to Rule 3011, the name of the persons whom such unnegotiated distribution checks were issued, the amount of the check and the debtor(s)/creditor(s) last known address is as follows:

**THOR CREDIT CORP
3355 MICHELSON DR STE 25
IRVINE, CA  92612**

2.

Your Trustee's check for $10,982.22 payable to the Clerk, U.S. Bankruptcy Court, has been mailed.

Respectfully submitted this 31st day of October, 2013.

/s/ E. Eugene Hastings
E. EUGENE HASTINGS
STANDING TRUSTEE CHAPTER 13
PO BOX 14839
MONROE, LA  71207
(318)651-7733